# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MUDD, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:24-cv-56-SPM |
| CLAY STANTON, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner Charles Mudd, also known as Charles Neubauer, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but he has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*, within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form 'Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases.'

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of August, 2024.